UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

TYRELL WILLIAMS,

       *Petitioner*,

v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE, *et al.*

       *Respondents*.

Civil Action No. 16-cv-146 Erie

ORDER

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) The petition for a writ of habeas corpus is **DENIED**.

(3) A certificate of appealability is **DENIED**.

(4) The Clerk shall send copies of this Order to the parties.

    **CASE DISMISSED.**

    DATED this 26th day of April, 2017.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE